# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Lee Kilgore, and<br>Darryl Wesley Palmquist,<br><br>    Plaintiffs,<br><br>v.<br><br>Alison Spano, Senior Social<br>Worker, Hennepin County<br>Adult Protection; and Sergeant<br>Donald Jach, City of Minneapolis,<br><br>    Defendants. | Civil No. 10-2405 (DWF/LIB)<br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

---

Ronald Lee Kilgore, *Pro Se*, Plaintiff.

Darryl Wesley Palmquist, *Pro Se*, Plaintiff.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

  1. That the Plaintiffs' Complaint (Doc. No. [1]) is **DISMISSED, WITHOUT PREJUDICE,** for failure to comply with this Court's Order of July 6, 2010, and for failure to prosecute.

2. That the Plaintiffs' Applications to proceed *in forma pauperis* (Doc. Nos. [2] and [3]) are **DENIED, AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 1, 2010 s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge